Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Florida__

__Jacksonville__ Division

Plaintiff(s): **Joshua D. Franklin FDOC #Q22579**

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): **United States et. al.**

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **3:25-CV-940-WWB-SJH**
(to be filled in by the Clerk's Office)

(Jury Demanded)
(Amend. 7)

LEGAL MAIL PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON __8-14-25__ (DATE) FOR MAILING
__RS__ STAFF INITIAL _____ I/M INITIAL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Joshua D. Franklin
- All other names by which you have been known: Josh Franklin
- ID Number: Q22579
- Current Institution: ~~[struck through]~~ Columbia C.I.
- Address: 216 SE Corrections Way
  - City: Lake City
  - State: FL
  - Zip Code: 32025

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Donald J. Trump
- Job or Title (if known): President of the United States
- Shield Number: Unknown
- Employer: We the People of the United States
- Address: 1600 Pennsylvania Ave NW
  - City: Washington
  - State: DC
  - Zip Code: 20001
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Ron DeSantis
- Job or Title (if known): Governor of Florida
- Shield Number: Unknown
- Employer: State of Florida
- Address: The Capitol
  - City: Tallahassee
  - State: FL
  - Zip Code: 32399
- [✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Ashley Moody
Job or Title (if known): Attorney General of Florida
Shield Number: Unknown
Employer: State of Florida
Address: The Capitol - PL-01
Tallahassee, FL 32399
City / State / Zip Code

[✓] Individual capacity   [✓] Official capacity

Defendant No. 4
Name: Ricky Dixon
Job or Title (if known): Secretary of Florida DOC
Shield Number: Unknown
Employer: State of Florida
Address: 501 S. Calhoun St.
Tallahassee, FL 32399
City / State / Zip Code

[✓] Individual capacity   [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[✓] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Intentional Infliction of Emotional Distress using Biotechnologies within the State of Florida and FDOC to stalk and prey upon Plaintiff 24 hrs. a day while plotting openly to kill.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The 4th, 5th, 8th, and 14th Amendment of the U.S. Constitution are being violated constantly by all involved and their subordinates using new technologies within the State of Florida. The 1st Amendment is

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

also violated numerously as those using this technology are forcing people or telling them not to correspond with the Plaintiff or administer any services to the Plaintiff. (Title 42 U.S.C. § 1985)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant is employed with the Federal and State Government and are using their official capacities to abuse their powers and are using their technologies to place my life in "imminent danger."

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☑ Other *(explain)*  Wrongfully Convicted and Falsely Imprisoned still seeking release.

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The events arose in the Leon County Jail booking/processing area 9/1-2/2021 when Plaintiff was forced to go through certain procedures involving machines and did not sign the consent forms to solidify his position.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

The voices and sensory touching of the technology began in the same month while at Hamilton C.I. in Jasper, FL and those using the technology have been stalking the Plaintiff and plotting ways to kill him eversince using the technology to their great advantage.

C. What date and approximate time did the events giving rise to your claim(s) occur?

These are matters of an ongoing event in which Federal and State Officials have been using, and still are using, biotechnologies connected to the Plaintiff's brain and body to violate his civil rights daily and have him killed.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The State of Florida now have within its territories and powers biotechnologies that it uses to spy on individuals from their very brains. It also uses this technology to meticulously cause their deaths by using online disinformation campaigns or Murders-For-Hire to accomplish murders of individuals within the technology such as the Plaintiff. This technology has been used to kill millions of Americans in the last 5 years and is now being used on the Plaintiff of this case.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff has been attacked by Officers at Hamilton C.I. and has not received any significant medical attention. This technology has been used to cause him significant mental and emotional distress and mental abuse 24/7 for now going on years, and also includes a capability that has the ability to make "touching" feel real, a capability used to even "rape" the Plaintiff on multiple occassions and happens a lot, unwanted sexual battery & assault. At times it causes heart burns, heartaches, headaches, and hypertension. It can also kill - COVID-19.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $1.25B in compensatory damages plus x9 in punitive damages, for an Injunctive Order to have my signal connecting me to the technology destroyed and/or deleted, for an Injunctive Order for Florida DOC to provide antibiotics daily, an antibiotic Vaccination weekly, and funding for a Healthcare Provider of Plaintiff's choosing from any Healthcare Marketplace, and for Expungement of any U.S. Court Records which are not "frivolous" claims or "failures to state claims" at all. Evidence has now been collected and is widely known by the masses that these claims are true. (See Nonfiction Books written by Scott Snair, John Lisle, and Robert F. Kennedy Jr. about the infamous technology known as MKULTRA.)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Leon County Jail and Hamilton C.I.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No — Not aware of biotechnologies at the time and unable to file before return to prison.

[ ] Do not know

If yes, which claim(s)?

N/A

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes            N/A

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

Grievances were filed at all institutions - a large record.

2. What did you claim in your grievance?

The same claims within this Complaint were alleged.

3. What was the result, if any?

Denied over and over and over again - the plotting continues.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The case at hand involves massive grievances and letters throughout.

    F.    If you did not file a grievance:

        1. If there are any reasons why you did not file a grievance, state them here:

N/A

        2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

    G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plaintiff's Public Records will support this case is well over fully exhausted.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Unknown - No records available.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Unknown
   Defendant(s)  Unknown

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Unknown

3. Docket or index number
   Unknown

4. Name of Judge assigned to your case
   Unknown

5. Approximate date of filing lawsuit
   Unknown

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.  Unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)  Unknown
   Defendant(s) Unknown

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Unknown

3. Docket or index number
   Unknown

4. Name of Judge assigned to your case
   Unknown

5. Approximate date of filing lawsuit
   Unknown

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  Unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/12/2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Joshua D. Franklin
Prison Identification #: Q22579
Prison Address: 216 SE Corrections Way
Lake City, FL 32025

B. **For Attorneys**   MOTION FOR APPOINTMENT OF COUNSEL

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____