Joshua Franklin Queen
Columbia Correctional Institution
216 SE Corrections Way
Lake City, FL 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

US POSTAGE IMI PITNEY BOWES
ZIP 32025 $ 002.72
02 4W
0000379442 AUG 14 2025

U.S. District Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street Suite 9-1:
Jacksonville, FL 32202-4271



LEGAL MAIL PROVIDED TO COLUMBIA CORRECTIONAL INSTITUTION ON 8-19-25 (DATE) FOR MAILING
RS STAFF INITIAL ___ I/M INITIAL